MINNIE ZIMMERMAN, as Administratrix, etc., of THEODORE A. ZIMMERMAN, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY and SOUTHERN BOULEVARD RAILROAD COMPANY, Appellants.—

Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Putnam, Blackmar and Jaycox, JJ., concurred; Rich, J., dissented.

